UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FEB 20 2020 PM 1:06
FILED - USDC - BPT - CT

IN RE:

APPLICATION OF ROBERT GORDON KIDD FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM JOHN THOMAS REYNOLDS AND MARK MCCALL

Case No. 3:20mc16 (TOF)

EX PARTE

**APPLICATION OF ROBERT GORDON KIDD
FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE
DISCOVERY FROM JOHN THOMAS REYNOLDS AND MARK MCCALL**

KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
tel. +1 212 488 1200

*Attorneys for Applicant
Robert Gordon Kidd*

Robert Gordon Kidd respectfully applies to this Court, based on the accompanying Memorandum of Law and Declarations of Michael S. Kim, Rebecca Hume, and David Kerr, for an order pursuant to 28 U.S.C. § 1782 ("Section 1782") authorizing Mr. Kidd to take discovery from John Thomas Reynolds and Mark McCall for use in a proceeding pending before Scotland's Court of Session (the "Scottish Proceeding").

The application meets the three statutory requirements set forth in Section 1782. *First*, the respondents from whom discovery is sought, John Thomas Reynolds and Mark McCall, are found within the District of Connecticut. *Second*, the documents and deposition testimony requested are "for use" in the Scottish Proceeding. *Third*, as the "Pursuer" (*i.e.*, the plaintiff) in the Scottish Proceeding, Mr. Kidd qualifies as an "interested person" under Section 1782.

Further, the four discretionary factors set out by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004), weigh in favor of granting the application. *First*, the individuals from whom discovery is sought, John Thomas Reynolds and Mark McCall, are not parties to the foreign proceeding. *Second*, the foreign court would be receptive to U.S. federal court judicial assistance. *Third*, Mr. Kidd seeks this discovery in good faith and not in an attempt to circumvent Scottish proof-gathering restrictions. *Finally*, the discovery requests are not unduly intrusive or burdensome. Rather, the document requests are narrowly tailored to the subject of the Scottish Proceeding.

Accordingly, and for the reasons set forth in the accompanying Memorandum of Law, Mr. Kidd respectfully requests that the Court grant him authority to serve John Thomas Reynolds and Mark McCall with subpoenas in the forms attached as Exhibits 1 and 2, respectively, to the Declaration of Michael S. Kim filed contemporaneously herewith.

Dated: February 20, 2020

                                        Respectfully submitted,

                                        KOBRE & KIM LLP

                                        By: _____
                                                Michael S. Kim
                                                800 Third Avenue
                                                New York, New York 10022
                                                Tel: +1 212 488 1200
                                                michael.kim@kobrekim.com
                                                District of Connecticut Bar # CT28152

                                    *Attorney for Applicant Robert Gordon Kidd*