UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF ROBERT GORDON KIDD FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM JOHN THOMAS REYNOLDS AND MARK MCCALL | [PROPOSED] ORDER<br><br>Case No. _____ |

Applicant Robert Gordon Kidd filed this application for an order, pursuant to 28 U.S.C. § 1782, authorizing him to take discovery from John Thomas Reynolds and Mark McCall, who are found in the District of Connecticut, for use in a foreign proceeding (the "Application"). For the reasons set forth in the Application and accompanying Memorandum of Law, and for good cause shown, it is hereby:

**ORDERED** that the Application is **GRANTED**; and

It is further **ORDERED** that Mr. Kidd is authorized to serve John Thomas Reynolds and Mark McCall with subpoenas in the form attached as Exhibits 1 and 2, respectively, to the Declaration of Michael S. Kim; and

It is further **ORDERED** that John Thomas Reynolds and Mark McCall are directed to provide deposition testimony and produce the documents in their possession, custody, and control, as requested in the subpoenas, by the deadlines set forth therein.

_____
United States District Judge