# Harper Macleod LLP

Our ref: SH/KID/0040/521196
Your ref: AG/FC/LIM/6/1

**FAO: Iain Grant**
Gilson Gray LLP
29 Rutland Square
Edinburgh
EH1 2BW

**By email only: igrant@gilsongray.co.uk; agarioch@gilsongray.co.uk**

14 February 2020

Dear Sirs

**Robert Kidd –v- Lime Rock Management LLP & Others**
**Court Ref: CA163/19**

We refer to Kobre & Kim LLP's prior correspondence with your firm regarding the preservation of assets held by Lime Rock Partners V, L.P. ("**the Fund**") pending determination of our client's claim against the Fund and your firm's other clients in these proceedings.

Kobre & Kim's letter dated 6 September 2019 challenged the assertion in your letter dated 28 August 2019 that the Fund "*... has enough asset* [sic] *to satisfy its liabilities and is not planning to liquidate or dissolve at any time in the near future.*" In particular, Kobre & Kim identified that –

1. Your statement that the Fund "*... has enough asset* [sic] *to satisfy its liabilities ...*" is inadequate in circumstances in which your clients deny any liability to Mr Kidd in these proceedings.

2. The terms of your letter dated 28 August 2019 leave open the possibility that the Fund will continue to dissipate its assets, notwithstanding our client's request, without liquidating or dissolving "*in the near future*".

3. The Fund's filings with the U.S. Securities and Exchange Commission indicate that, between March 2017 and March 2018, the Fund's gross assets decreased by approximately 50%.

4. Pursuant to the Fund's Amended and Restated Limited Partnership Agreement of 17 April 2008 ("**the LPA**"), its term ends in April 2020, with no option to extend other than with the written consent of the General Partner and a majority of investors.

In light of those issues, Kobre & Kim requested your unambiguous confirmation:

(i) That the Fund will preserve sufficient assets to satisfy Mr Kidd's claims in full pending final determination of the same;

(ii) As to whether the Fund's term will be extended in accordance with the LPA and, if so, the length of the intended extension; and

**Harper Macleod LLP** The Ca'd'oro, 45 Gordon Street, Glasgow G1 3PE
**Tel** +44(0)141 221 8888 **Fax** +44(0)141 226 4198 **Email** info@harpermacleod.co.uk
www.harpermacleod.co.uk **DX** GW86 **LP** - 5, Glasgow 6

**Glasgow** Edinburgh Inverness Elgin Thurso Lerwick

Regulated by the Law Society of Scotland. A list of the members of Harper Macleod LLP is open to inspection at the above office.
Harper Macleod LLP is a limited liability partnership registered in Scotland. Registered Number: SO300331. Registered Office: The Ca'd'oro, 45 Gordon Street, Glasgow G1 3PE

1

    (iii)    That the Fund will make no distributions to the Limited Partners or the General Partner in respect of its investment pending the resolution of Mr Kidd's claims.

Your reply by letter dated 11 September 2019 failed to address Kobre & Kim's requests in any satisfactory or adequate way. In particular –

1. You declined to confirm that sufficient (or, indeed, any) assets would be preserved by the Fund pending determination of Mr Kidd's claim.

2. You declined to confirm whether or not the Fund's term would be extended.

3. You declined to confirm that the Fund will make no distributions to the Limited Partners or the General Partner in respect of its investment pending the resolution of Mr Kidd's claims.

Our client is entitled to seek the confirmations that have been requested so that, upon any future decree being awarded against your clients, he will not find that assets which would otherwise be realised in satisfaction of such decree, have been diminished. In light of your response to the issues Kobre & Kim has raised, Mr Kidd is concerned that the Fund's actions will deplete the assets available to satisfy any future decree.

In the absence of the Fund's express confirmation of the matters identified in (i) – (iii) above, Mr Kidd is considering informing the Fund's investors of its contingent liability, and notifying them that he reserves any and all rights against them including pursuing any distribution of assets they receive in the knowledge of that contingent liability.

Furthermore, Mr Kidd puts on notice those who control the Fund, directly and indirectly (including, for the avoidance of doubt, the Fund's General Partner, Lime Rock Partners GP V, L.P., as well as John Reynolds and Mark McCall), that any distribution of assets which render the Fund incapable of satisfying in full its contingent liability to Mr Kidd will be treated by Mr Kidd as an actionable dissipation. Please now provide the Fund's express confirmations to the matters aforesaid by no later than 5pm on 21 February 2020.

Yours faithfully

**David Kerr**
**Partner**
**Harper Macleod LLP**

Direct Dial:   0141 227 9580
Direct Fax:   0141 229 7148
E-mail:   david.kerr@harpermacleod.co.uk