

Date: 21 February 2020

Harper MacLeod LLP
DX 86
Glasgow

Our ref: AG/LIM/6/1
Your Ref: SH/KID/0040/521196

**Please reply to: Glasgow Office**
Tel no: +44 (0)141 530 2041
Fax no: +44 (0)141 530 2035
Email: agarioch@gilsongray.co.uk

By email:
david.kerr@harpermacleod.co.uk

Dear Sirs

**Robert Kidd v Lime Rock Partners V, L.P. and Others**
**Court of Session – CA163/19**

We refer to your letter dated 14 February. In response we would advise as follows.

The decrease in value of the fund that you refer to is largely due to a fall in value of the assets held. It is a matter of public knowledge that energy company valuations have been decreasing since 2016 due to the state of the energy markets. Our client does not anticipate making any material distributions to its investors in the near future, and in any event is obligated by professional accounting standards to take into account potential liabilities such as this litigation prior to making distributions.

With regard to your point 4, our client's intention is to seek an extension which they believe will be obtained. In any event, if consent was not given for an extension, the process of dissolution would require to commence. That exercise would involve the sale of all assets, settlement of all liabilities and then distribution of the surplus. Such a process would take some time, perhaps as long as two to three years since our client would still attempt to maximise value for its investors. It should accordingly be clear to your client that this process would require any liability arising from your client's claim to be settled before any distribution.

As should be clear from the above, but in any event we can also advise, no actions are being taken to deplete the fund's assets. Further the Fund is confident it has sufficient assets to satisfy any liability arising from the current litigation.

We trust this is sufficient to address the points made by you.

Yours Faithfully

**Alex Garioch**

29 Rutland Square, Edinburgh EH1 2BW   T 0131 516 5354   F 0131 516 5378   LP 31 Edinburgh 2   DX Edinburgh 5
160 West George Street, Glasgow G2 2HG   T 0141 530 2021   F 0141 530 2035   LP 14 Glasgow 6   DX Glasgow 10
33 Westgate, North Berwick EH39 4AG   T 01620 893481   F 01620 894442   DX DX541245 North Berwick

E info@gilsongray.co.uk   gilsongray.co.uk   Company No. SO304731   VAT No. 180772300

Gilson Gray is a trading name of Gilson Gray LLP, a limited liability partnership registered in Scotland, registered office 29 Rutland Square, Edinburgh, EH1 2BW.
Members; David W Alexander, Keith Anderson, Iain K Clark (Solicitor Advocate), Philippa Cunniff, Craig C Darling, Andrew Fleetwood*, Euan K J Fleming, John Fulton, Alex Garioch, Glen D Gilson, Derek Hamill*, Steven W Jansch (Solicitor Advocate), Dorothy Kellas, Donna Kelly-Gilmour*, Deborah McCathie, Graham Millar, Sally Nash, H Stuart Robertson, Murray Stewart*, Rosie Walker.   *Also qualified as Solicitors in England & Wales



**Solicitor Advocate, Partner**
**Gilson Gray LLP**